IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:08-CV-149-RJC-DCK

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAIDOC TECHNOLOGY CORPORATION, <br><br> Defendant. | ORDER <br> GRANTING ADMISSION OF JOHN P. FRY TO PRACTICE <br> *PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 108) concerning Paul P. Fry, filed September 9, 2010. Mr. Fry seeks to appear as counsel *pro hac vice* for Defendant Taidoc Technology Corp.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Fry is admitted to appear before this court *pro hac vice* on behalf of Defendant Taidoc Technology Corp.

Signed: September 9, 2010

David C. Keesler
United States Magistrate Judge