**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:08-CV-149-RJC-DCK**

| | |
|---|---|
| **DIAGNOSTIC DEVICES, INC.,** | |
| **Plaintiff,** | **ORDER** |
| **v.** | **GRANTING ADMISSION OF KAO LU** |
| | **TO PRACTICE *PRO HAC VICE*** |
| **TAIDOC TECHNOLOGY** | |
| **CORPORATION,** | |
| **Defendant.** | |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Taidoc Technology Corporation for admission *pro hac vice* of Kao Lu, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Lu should be admitted *pro hac vice* as representing Defendant Taidoc Technology Corporation.

**IT IS THEREFORE ORDERED** that the motion is granted and Kao Lu is admitted to practice before this Court *pro hac vice*.

Signed: November 3, 2010

David C. Keesler
United States Magistrate Judge