IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-149-MOC-DCK

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TAIDOC TECHNOLOGY CORP., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 133) concerning Bradley R. Slenn, filed July 21, 2011. Mr. Slenn seeks to appear as counsel *pro hac vice* for Defendant TaiDoc Technology Corp.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Slenn is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant TaiDoc Technology Corp.

Signed: July 21, 2011

David C. Keesler
United States Magistrate Judge