IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-149-MOC-DCK

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| PHARMA SUPPLY, INC., et. al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 153) concerning James P. Schooley, filed December 9, 2011. Mr. Schooley seeks to appear as counsel *pro hac vice* for Defendant Pharma Supply, Inc., National Home Respiratory Service, Inc., Frank P. Suess.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Schooley is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Pharma Supply, Inc., National Home Respiratory Service, Inc., Frank P. Suess..

Signed: December 9, 2011

David C. Keesler
United States Magistrate Judge