**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv149
[consolidated cases 3:08cv149 & 3:08cv559]**

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PHARMA SUPPLY, INC., et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| DIAGNOSTIC DEVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| TAIDOC TECHNOLOGY CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the court on the following motions:

(#161)    the Motion for Preliminary Injunction to Prevent Unauthorized Disclosure of Materials Subject to Protective Order by Diagnostic Devices, Inc.;

(#162)    the consent Motion for Extension of Time to file Dispositive Motions by National Home Respiratory Service, Inc., Pharma Supply, Inc., Frank P. Suess; and

(#163)    the Motion for Leave to File Excess Pages by National Home Respiratory Service, Inc., Pharma Supply, Inc., Frank P. Suess.

A hearing was conducted on February 6, 2012, and the following Order is entered in accordance with the decisions announced at such hearing:

-1-

# ORDER

**IT IS, THEREFORE, ORDERED** that:

(#161) the Motion for Preliminary Injunction to Prevent Unauthorized Disclosure of Materials Subject to Protective Order by Diagnostic Devices, Inc. is **DENIED**, and the production of documents is governed by the previously entered Protective Order and the Orders that issued from the bench February 6, 2012;

(#162) the Consent Motion for Extension of Time to file Dispositive Motions by National Home Respiratory Service, Inc., Pharma Supply, Inc., Frank P. Suess. is **ALLOWED**. Trial remains scheduled for March 12, 2012, and such enlargements of time shall not be the basis for a continuance of trial; and

(#163) the Motion for Leave to File Excess Pages by National Home Respiratory Service, Inc., Pharma Supply, Inc., Frank P. Suess. Is **ALLOWED.**

Signed: February 7, 2012

Max O. Cogburn Jr.
United States District Judge