IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| DIAGNOSTIC DEVICES, INC., | ) | |
| | ) | CASE NO.: 3:08-CV-00149 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| PHARMA SUPPLY, INC., NATIONAL HOME RESPIRATORY SERVICE, INC. d/b/a DIABETIC SUPPORT PROGRAM, and FRANK SUESS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure Plaintiff Diagnostic Devices, Inc. ("DDI") and Defendants Pharma Supply, Inc., National Home Respiratory Service, Inc. d/b/a Diabetic Support Program, and Frank Suess (collectively "Defendants") stipulate to a voluntary dismissal with prejudice of all claims and counterclaims brought by and between them in this action, which was previously consolidated with Case no. 3:08-CV-00559, and therefore jointly move the Court to enter the attached order dismissing all claims by DDI against Pharma and all claims by Pharma against DDI.

This 12th day of March, 2012.

**JAMES, McELROY & DIEHL, P.A.**

/s/ *Richard B. Fennell*
Richard B. Fennell (NC Bar No. 17398)
600 South College Street
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
E-mail:   rfennell@jmdlaw.com

Lawrence G. Scarborough (Admitted Pro Hac Vice)
J. Alex Grimsley (Admitted Pro Hac Vice)

**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
E-mail:   lgscarborough@bryancave.com
          jagrimsley@bryancave.com

**JOHNSTON, ALLISON & HORD, PA**

*/s/ Robert L. Burchette*
Robert L. Burchette
1065 East Morehead Street
Charlotte, NC 28236
Telephone: (704) 332-1181
Facsimile: (704)376-1628

Mitchell A. Stein (Admitted Pro Hac Vice)

**STEIN LAW, PC**
24 Woodbine Avenue, Suite 4
Northport, NY 11768
Telephone: (631)757-8404
E-mail: iplawyer@kingofip.com