IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> PHARMA SUPPLY, INC., et al., <br><br> Defendants. | CASE NO.: 3:08-cv-00149-MOC-DCK |
| DIAGNOSTIC DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAIDOC TECHNOLOGY CORPORATION, <br><br> Defendant. | ORDER DISMISSING, WITH PREJUDICE, TAIDOC TECHNOLOGY CORPORATION'S COUNTERCLAIM FOR MISAPPROPRIATION OF TRADE SECRETS |
| TAIDOC TECHNOLOGY CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> DIAGNOSTIC DEVICES, INC., RICHARD ADMANI, an individual, RAMZI ABULHAJ, an individual, and PRODIGY DIABETES CARE, LLC, <br><br> Counterclaim Defendants. | |

Pursuant to the stipulation of voluntary dismissal filed by Defendant and Counterclaimant TaiDoc Technology Corporation and Plaintiff and Counterclaim Defendants Diagnostic Devices, Inc., Richard Admani, Ramzi Abulhaj, and Prodigy Diabetes Care, LLC, and for good cause shown, the Court hereby enters the following Order:

It is hereby **ORDERED, ADJUDGED** and **DECREED** that TaiDoc Technology Corporation's counterclaim against Plaintiff and Counterclaim Defendants Diagnostic Devices, Inc., Richard Admani, Ramzi Abulhaj, and Prodigy Diabetes Care, LLC, for misappropriation of trade secrets is dismissed, with prejudice.

This 12 day of March, 2012.

The Honorable Max O. Cogburn, Jr.
United States District Court Judge Presiding