# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> PHARMA SUPPLY, INC., et al., <br><br> Defendants. | Case No.: 3:08-cv-00149-MOC-DCK |
| DIAGNOSTIC DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAIDOC TECHNOLOGY CORPORATION, <br><br> Defendant. | **ORDER** |
| TAIDOC TECHNOLOGY CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> DIAGNOSTIC DEVICES, INC., RICHARD ADMANI, an individual, RAMZI ABULHAJ, an individual, and PRODIGY DIABETES CARE, LLC, <br><br> Counterclaim Defendants. | |

Pursuant to the stipulation of voluntary dismissal filed by Plaintiff/Counterclaim Defendant Diagnostic Devices, Inc ("DDI"), Defendant/Counterclaimant TaiDoc Technology Corporation ("TaiDoc"), and Counterclaim Defendants Richard Admani

("Admani"), Ramzi Abulhaj ("Abulhaj") and Prodigy Diabetes Care, LLC ("Prodigy") and for good cause shown, the Court hereby enters the following Order:

It is hereby ordered that all claims brought in this action by or between DDI, TaiDoc, Admani, Abulhaj and Prodigy are dismissed, with prejudice. Each party is to bear its own fees and costs associated therewith. All pending motions relating to the claims dismissed hereby are moot.

Signed: March 30, 2012

Max O. Cogburn Jr.
United States District Judge